UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

**MARC STOUT, et. al.,**

    **PLAINTIFF,**

v.                                                                          CASE NO.: 3:21-cv-00476

**TIMOTHY BAROODY, et. al.,**

    **DEFENDANT.**

## MOTION TO AMEND COMPLAINT

1. Marc Stout and Jacqueline Stout request that the court grant them leave to amend their complaint once as a matter of course.

2. The proposed amended complaint attached to this motion has amended the original complaint as to the parties only.

3. The proposed amended complaint brings in one new defendant who was a John Doe but who has since been identified.

4. Marc Stout and Jacqueline Stout hereby incorporate all of the exhibits in the original complaint into the proposed amended complaint.

SUBMITTED,

MARC STOUT, *Pro Se*
JACQUELINE STOUT, *Pro Se*
30 WILLOW BRANCH PLACE
FREDERICKSBURG, VA 22405
(540) 370-6980
FORMULAFOCUSED@GMAIL.COM

## **GHOSTWRITING CERTIFICATE**

We certify that we did not receive help from an attorney in the preparation of this document.

SUBMITTED,

MARC STOUT, *Pro Se*
JACQUELINE STOUT, *Pro Se*
30 WILLOW BRANCH PLACE
FREDERICKSBURG, VA 22405
(540) 370-6980
FORMULAFOCUSED@GMAIL.COM