Marc Stout,
Jacqueline Stout
30 Willow Branch Place
Fredericksburg, VA 22405



July 29, 2021

Clerk
U.S. District Court
701 East Broad Street
Richmond, VA 23219

RE: *3:21-cv-00476, Marc Stout, et. al. v. Timothy Baroody, et. al.*

Clerk,

Enclosed:

One Motion to Amend Complaint;
One copy of the proposed amended complaint for the court;
One USM-285 form for proposed defendant Ridenour;
One proof of service;
One summons for proposed defendant Ridenour;
One copy of the proposed amended complaint for defendant Ridenour

Respectfully,

*Marc Stout, Jacqueline Stout*
Marc Stout, Jacqueline Stout